# EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MAKAYLA HERNANDEZ, as the Personal Representative of the Estate of ROSE MARIE HERNANDEZ, <br><br> Plaintiff, <br><br> vs. <br><br> AUROBINDO PHARMA USA, INC.; CVS PHARMACY, INC., <br><br> Defendants. | Cause No. 8:20-CV-02409-CEH-JSS |

**DECLARATION OF ROBERT C. FOLLAND**

I, Robert C. Folland, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over 18 years of age and am counsel of record for CVS Pharmacy, Inc. ("CVS").

2. I have personal knowledge of the matters set forth herein. If called and sworn as a witness, I could and would testify as set forth in this Declaration.

3. In support of CVS's Request for Judicial Notice and Memorandum of Law in Support Thereof, CVS refers the Court to several exhibits, which show the true and accurate results of searches of U.S. Food and Drug Administration ("FDA") publications or databases, via websites maintained by the FDA, some of which do not have individual, permanent hyperlinks for access.

4. On December 6, 2021, I accessed these FDA websites, utilized their search functions, and made screenshots of the information contained therein.

5. Attached as **Exhibit A** is a true and correct copy of the results for a search of the FDA's "Orange Book" showing 116 entries of registered losartan drug applications. This search was conducted by accessing the online FDA publication, "Approved Drug Products with Therapeutic Equivalence Evaluations," commonly referred to by FDA as the Orange Book, which identifies "drug products approved on the basis of safety and effectiveness" by the FDA. The Orange Book was searched at https://www.accessdata.fda.gov/scripts/cder/ob/index.cfm, and was queried by entering "losartan" in the search field entitled "Search by Proprietary Name, Active Ingredient or Application Number."

6. Attached as **Exhibit B** is a true and correct copy of the results for a search of the FDA's Orange Book showing no results for CVS as holding an ANDA or NDA of a prescription drug. This search was conducted by accessing the online Orange Book at https://www.accessdata.fda.gov/scripts/cder/ob/index.cfm and entering "CVS" in the search field entitled "Search by Applicant (Company)."

7. Attached as **Exhibit C** is a true and correct copy of the webpage listing the product details for NDA #020387, the brand-name product Hyzaar©. This webpage can be accessed by searching the Orange Book at https://www.accessdata.fda.gov/scripts/cder/ob/index.cfm, entering "losartan" in the search field entitled "Search by Proprietary Name, Active Ingredient or Application Number," and using the clickable hyperlink entitled "N020387."

8. Attached as **Exhibit D** is a true and correct copy of the webpage listing the product details for ANDA #091629, a generic version of losartan

2

potassium and hydrochlorothiazide. This webpage can be accessed by searching the Orange Book at https://www.accessdata.fda.gov/scripts/cder/ob/index.cfm, entering "losartan" in the search field entitled "Search by Proprietary Name, Active Ingredient or Application Number," and using the clickable hyperlink entitled "A091629."

9. Attached as **Exhibit E** is a true and correct copy of the results for a search of the FDA's "Drugs@FDA" database showing losartan drug applications. This search was conducted by accessing Drugs@FDA at https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm and entering "losartan" in the search field entitled "Search by Drug Name, Active Ingredient, or Application Number."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 7th, 2021

/s/*Robert C. Folland*
Robert C. Folland