# EXHIBIT 1A

| Mkt. Status | Active Ingredient | Proprietary Name | Appl. No. | Dosage Form | Route | Strength | TE Code | RLD | RS | Applicant Holder |
|---|---|---|---|---|---|---|---|---|---|---|
| DISCN | HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM | | A077152 | TABLET | ORAL | 12.5MG; 50MG | AB | | | HIKMA PHARMACEUTICALS USA |
| DISCN | HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM | | A077152 | TABLET | ORAL | 25MG; 100MG | AB | | | HIKMA PHARMACEUTICALS USA |
| DISCN | HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM | | A077732 | TABLET | ORAL | 12.5MG; 50MG | AB | | | MYLAN PHARMACEUTICALS INC |
| DISCN | HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM | | A091180 | TABLET | ORAL | 12.5MG; 50MG | AB | | | WATSON LABORATORIES INC |
| DISCN | HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM | | A077732 | TABLET | ORAL | 25MG; 100MG | AB | | | MYLAN PHARMACEUTICALS INC |
| DISCN | HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM | | A091180 | TABLET | ORAL | 25MG; 100MG | AB | | | WATSON LABORATORIES INC |
| DISCN | HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM | | A091195 | TABLET | ORAL | 12.5MG; 50MG | AB | | | APOTEX CORP |
| DISCN | HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM | | A091195 | TABLET | ORAL | 25MG; 100MG | AB | | | APOTEX CORP |
| DISCN | HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM | | A091652 | TABLET | ORAL | 25MG; 100MG | AB | | | APOTEX CORP |
| DISCN | LOSARTAN POTASSIUM | | A202475 | TABLET | ORAL | 25MG | AB | | | HISUN PHARMACEUTICAL HANGZHOU CO LTD |
| DISCN | LOSARTAN POTASSIUM | | A091598 | TABLET | ORAL | 25MG | AB | | | MYLAN PHARMACEUTICALS INC |
| DISCN | LOSARTAN POTASSIUM | | A091598 | TABLET | ORAL | 50MG | AB | | | MYLAN PHARMACEUTICALS INC |
| DISCN | LOSARTAN POTASSIUM | | A091867 | TABLET | ORAL | 50MG | AB | | | TEVA PHARMACEUTICALS USA |
| DISCN | LOSARTAN POTASSIUM | | A202475 | TABLET | ORAL | 50MG | AB | | | HISUN PHARMACEUTICAL HANGZHOU CO LTD |
| DISCN | LOSARTAN POTASSIUM | | A091598 | TABLET | ORAL | 100MG | AB | | | MYLAN PHARMACEUTICALS INC |
| DISCN | LOSARTAN POTASSIUM | | A091867 | TABLET | ORAL | 100MG | AB | | | TEVA PHARMACEUTICALS USA |
| DISCN | LOSARTAN POTASSIUM | | A202475 | TABLET | ORAL | 100MG | AB | | | HISUN PHARMACEUTICAL HANGZHOU CO LTD |
| DISCN | LOSARTAN POTASSIUM | | A091596 | TABLET | ORAL | 100MG | AB | | | TEVA PHARMACEUTICALS USA |

| Mkt. Status | Active Ingredient | Proprietary Name | Appl. No. | Dosage Form | Route | Strength | TE Code | RLD | RS | Applicant Holder |
|---|---|---|---|---|---|---|---|---|---|---|

Showing 1 to 116 of 116 entries