# EXHIBIT 1B



Home > Drug Databases > Orange Book Home

# Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations

f SHARE   🐦 TWEET   in LINKEDIN   📌 PIN IT   ✉ EMAIL   🖨 PRINT



## Search Results for Applicant: *CVS*

**Your search did not return any results.**

- Spelling or Formatting of Drug Names and Active Ingredients
  - If you're not sure of the spelling, try putting in part of the Drug Name or Active Ingredient. You must enter at least three letters or numbers.
  - A drug name containing a combination of letters, punctuation, and spaces has to be formatted exactly as it appears in the database. Examples: H.P. ACTHAR gel or X-TROZINE L.A. Try entering just part of the name, such as "acthar" or "trozine."
- For Application Number searches, enter 5 or 6 digits. Sample format for Application Numbers: 020335 or 20335

☑ RX  ☑ OTC  ☑ DISCN          CSV | Excel | Print

Display [50 ▾] records per page

No records available                                    Search for text in the table



| Mkt. Status ▾ | Active Ingredient ▲ | Proprietary Name ▲ | Appl. No. ♦ | Dosage Form ▲ | Route ▲ | Strength ♦ | TE Code ▲ | RLD ▲ | RS ♦ | Applicant Holder ▲ |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Your search did not return any results | | | | | | |
| Mkt. Status | Active Ingredient | Proprietary Name | Appl. No. | Dosage Form | Route | Strength | TE Code | >RLD | RS | Applicant Holder |

No records available                                         Previous    Next

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.
Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English



U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
1-888-INFO-FDA (1-888-463-6332)

Contact FDA

Accessibility   Careers   FDA Basics   FOIA   No FEAR Act   Nondiscrimination   Website Policies / Privacy

🔍 FDA Archive
📋 Combination Products
👥 Advisory Committees
⚒ Regulatory Information
ⓘ Safety

⚠ Emergency Preparedness
🌐 International Programs
📅 News & Events
📖 Training & Continuing Education
⊙ Inspections & Compliance

📢 Federal, State & Local Officials
👤 Consumers
➕ Health Professionals
🔬 Science & Research
⚙ Industry