# EXHIBIT 1C



# Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations

Home | Back to Search Results

## Product Details for NDA 020387

Collapse All

**HYZAAR (HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM)**
12.5MG;50MG
Marketing Status: Prescription

- **Active Ingredient:** HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM
- **Proprietary Name:** HYZAAR
- **Dosage Form; Route of Administration:** TABLET; ORAL
- **Strength:** 12.5MG;50MG
- **Reference Listed Drug:** Yes
- **Reference Standard:** No
- **TE Code:** AB
- **Application Number:** N020387
- **Product Number:** 001
- **Approval Date:** Apr 28, 1995
- **Applicant Holder Full Name:** ORGANON LLC A SUB OF ORGANON AND CO
- **Marketing Status:** Prescription

Patent and Exclusivity Information

**HYZAAR (HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM)**
12.5MG;100MG
Marketing Status: Prescription

- **Active Ingredient:** HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM
- **Proprietary Name:** HYZAAR
- **Dosage Form; Route of Administration:** TABLET; ORAL
- **Strength:** 12.5MG;100MG
- **Reference Listed Drug:** Yes
- **Reference Standard:** No
- **TE Code:** AB
- **Application Number:** N020387
- **Product Number:** 003
- **Approval Date:** Oct 20, 2005
- **Applicant Holder Full Name:** ORGANON LLC A SUB OF ORGANON AND CO
- **Marketing Status:** Prescription

Patent and Exclusivity Information

**HYZAAR (HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM)**
25MG;100MG
Marketing Status: Prescription

- **Active Ingredient:** HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM
- **Proprietary Name:** HYZAAR
- **Dosage Form; Route of Administration:** TABLET; ORAL
- **Strength:** 25MG;100MG
- **Reference Listed Drug:** Yes
- **Reference Standard:** No
- **TE Code:** AB
- **Application Number:** N020387
- **Product Number:** 002
- **Approval Date:** Nov 10, 1998
- **Applicant Holder Full Name:** ORGANON LLC A SUB OF ORGANON AND CO
- **Marketing Status:** Prescription

Patent and Exclusivity Information