# EXHIBIT 1D

U.S. Department of Health and Human Services

# U.S. FOOD & DRUG ADMINISTRATION

Follow FDA | En Español

Search FDA

- Home
- Food
- Drugs
- Medical Devices
- Radiation-Emitting Products
- Vaccines, Blood & Biologics
- Animal & Veterinary
- Cosmetics
- Tobacco Products

Home > Drug Databases > Orange Book Home

# Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations

SHARE | TWEET | LINKEDIN | PIN IT | EMAIL | PRINT

Home | Back to Search Results

## Product Details for ANDA 091629

Collapse All

**LOSARTAN POTASSIUM AND HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM)**
**12.5MG;50MG**
**Marketing Status: Prescription**

- **Active Ingredient:** HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM
- **Proprietary Name:** LOSARTAN POTASSIUM AND HYDROCHLOROTHIAZIDE
- **Dosage Form; Route of Administration:** TABLET; ORAL
- **Strength:** 12.5MG;50MG
- **Reference Listed Drug:** No
- **Reference Standard:** No
- **TE Code:** AB
- **Application Number:** A091629
- **Product Number:** 001
- **Approval Date:** Oct 6, 2010
- **Applicant Holder Full Name:** AUROBINDO PHARMA LTD
- **Marketing Status:** Prescription

Patent and Exclusivity Information

**LOSARTAN POTASSIUM AND HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM)**
**12.5MG;100MG**
**Marketing Status: Prescription**

- **Active Ingredient:** HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM
- **Proprietary Name:** LOSARTAN POTASSIUM AND HYDROCHLOROTHIAZIDE
- **Dosage Form; Route of Administration:** TABLET; ORAL
- **Strength:** 12.5MG;100MG
- **Reference Listed Drug:** No
- **Reference Standard:** No
- **TE Code:** AB
- **Application Number:** A091629
- **Product Number:** 002
- **Approval Date:** Oct 6, 2010
- **Applicant Holder Full Name:** AUROBINDO PHARMA LTD
- **Marketing Status:** Prescription

Patent and Exclusivity Information

**LOSARTAN POTASSIUM AND HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM)**
**25MG;100MG**
**Marketing Status: Prescription**

- **Active Ingredient:** HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM
- **Proprietary Name:** LOSARTAN POTASSIUM AND HYDROCHLOROTHIAZIDE
- **Dosage Form; Route of Administration:** TABLET; ORAL
- **Strength:** 25MG;100MG
- **Reference Listed Drug:** No
- **Reference Standard:** Yes
- **TE Code:** AB
- **Application Number:** A091629
- **Product Number:** 003
- **Approval Date:** Jan 6, 2010
- **Applicant Holder Full Name:** AUROBINDO PHARMA LTD
- **Marketing Status:** Prescription

Patent and Exclusivity Information

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.
Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English

Accessibility | Careers | FDA Basics | FOIA | No FEAR Act | Nondiscrimination | Website Policies / Privacy

U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
1-888-INFO-FDA (1-888-463-6332)
Contact FDA

- FDA Archive
- Combination Products
- Advisory Committees
- Regulatory Information
- Safety
- Emergency Preparedness
- International Programs
- News & Events
- Training & Continuing Education
- Inspections & Compliance
- Federal, State & Local Officials
- Consumers
- Health Professionals
- Science & Research
- Industry