# EXHIBIT 1E



# U.S. FOOD & DRUG ADMINISTRATION

Follow FDA | En Español

Search FDA

Home | Food | Drugs | Medical Devices | Radiation-Emitting Products | Vaccines, Blood & Biologics | Animal & Veterinary | Cosmetics | Tobacco Products

Home > Drug Databases > Drugs@FDA

# Drugs@FDA: FDA-Approved Drugs

SHARE | TWEET | LINKEDIN | PIN IT | EMAIL | PRINT

**Home** | **Previous Page**

## Search Results for "losartan"

Products listed on this page may not be equivalent to one another.

**COZAAR**

- COZAAR (LOSARTAN POTASSIUM) | NDA #020386 | TABLET;ORAL | Prescription | ORGANON

**HYZAAR**

- HYZAAR (HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM) | NDA #020387 | TABLET;ORAL | Prescription | ORGANON

**LOSARTAN POTASSIUM**

- LOSARTAN POTASSIUM (LOSARTAN POTASSIUM) | ANDA #076958 | TABLET;ORAL | Discontinued | TEVA
- LOSARTAN POTASSIUM (LOSARTAN POTASSIUM) | ANDA #077424 | TABLET;ORAL | Prescription | SANDOZ
- LOSARTAN POTASSIUM (LOSARTAN POTASSIUM) | ANDA #077459 | TABLET;ORAL | Prescription | HIKMA
- LOSARTAN POTASSIUM (LOSARTAN POTASSIUM) | ANDA #078232 | TABLET;ORAL | Prescription | LUPIN LTD
- LOSARTAN POTASSIUM (LOSARTAN POTASSIUM) | ANDA #078243 | TABLET;ORAL | Prescription | ZYDUS PHARMS USA INC
- LOSARTAN POTASSIUM (LOSARTAN POTASSIUM) | ANDA #090083 | TABLET;ORAL | Prescription | AUROBINDO PHARMA
- LOSARTAN POTASSIUM (LOSARTAN POTASSIUM) | ANDA #090382 | TABLET;ORAL | Prescription | STRIDES PHARMA
- LOSARTAN POTASSIUM (LOSARTAN POTASSIUM) | ANDA #090428 | TABLET;ORAL | Prescription | ALEMBIC PHARMS LTD
- LOSARTAN POTASSIUM (LOSARTAN POTASSIUM) | ANDA #090467 | TABLET;ORAL | Discontinued | TORRENT PHARMS
- LOSARTAN POTASSIUM (LOSARTAN POTASSIUM) | ANDA #090544 | TABLET;ORAL | Prescription | UPSHER SMITH LABS
- LOSARTAN POTASSIUM (LOSARTAN POTASSIUM) | ANDA #090790 | TABLET;ORAL | Discontinued | APOTEX CORP
- LOSARTAN POTASSIUM (LOSARTAN POTASSIUM) | ANDA #091129 | TABLET;ORAL | Prescription | WATSON LABS
- LOSARTAN POTASSIUM (LOSARTAN POTASSIUM) | ANDA #091497 | TABLET;ORAL | Prescription | PRINSTON INC
- LOSARTAN POTASSIUM (LOSARTAN POTASSIUM) | ANDA #091541 | TABLET;ORAL | Prescription | MICRO LABS
- LOSARTAN POTASSIUM (LOSARTAN POTASSIUM) | ANDA #091590 | TABLET;ORAL | Discontinued | MYLAN
- LOSARTAN POTASSIUM (LOSARTAN POTASSIUM) | ANDA #200290 | TABLET;ORAL | Prescription | IPCA LABS LTD
- LOSARTAN POTASSIUM (LOSARTAN POTASSIUM) | ANDA #201170 | TABLET;ORAL | Prescription | JUBILANT CADISTA
- LOSARTAN POTASSIUM (LOSARTAN POTASSIUM) | ANDA #202230 | TABLET;ORAL | Prescription | MACLEODS PHARMS LTD
- LOSARTAN POTASSIUM (LOSARTAN POTASSIUM) | ANDA #203030 | TABLET;ORAL | Prescription | UNICHEM
- LOSARTAN POTASSIUM (LOSARTAN POTASSIUM) | ANDA #203835 | TABLET;ORAL | Prescription | HETERO LABS LTD V
- LOSARTAN POTASSIUM (LOSARTAN POTASSIUM) | ANDA #204795 | TABLET;ORAL | Discontinued | HISUN PHARM HANGZHOU

**LOSARTAN POTASSIUM AND HYDROCHLOROTHIAZIDE**

- LOSARTAN POTASSIUM AND HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM) | ANDA #077157 | TABLET;ORAL | Prescription | TEVA PHARMS
- LOSARTAN POTASSIUM AND HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM) | ANDA #077732 | TABLET;ORAL | Discontinued | HIKMA
- LOSARTAN POTASSIUM AND HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM) | ANDA #077948 | TABLET;ORAL | Prescription | SANDOZ
- LOSARTAN POTASSIUM AND HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM) | ANDA #078245 | TABLET;ORAL | Prescription | LUPIN LTD
- LOSARTAN POTASSIUM AND HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM) | ANDA #078385 | TABLET;ORAL | Prescription | ZYDUS PHARMS USA INC
- LOSARTAN POTASSIUM AND HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM) | ANDA #090150 | TABLET;ORAL | Discontinued | APOTEX
- LOSARTAN POTASSIUM AND HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM) | ANDA #090528 | TABLET;ORAL | Prescription | TORRENT PHARMS
- LOSARTAN POTASSIUM AND HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM) | ANDA #091617 | TABLET;ORAL | Prescription | ALEMBIC PHARMS LTD
- LOSARTAN POTASSIUM AND HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM) | ANDA #091629 | TABLET;ORAL | Prescription | AUROBINDO PHARMA
- LOSARTAN POTASSIUM AND HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM) | ANDA #091652 | TABLET;ORAL | Discontinued | MYLAN
- LOSARTAN POTASSIUM AND HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM) | ANDA #200180 | TABLET;ORAL | Discontinued | WATSON LABS
- LOSARTAN POTASSIUM AND HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM) | ANDA #201682 | TABLET;ORAL | Prescription | IPCA LABS LTD
- LOSARTAN POTASSIUM AND HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM) | ANDA #201845 | TABLET;ORAL | Prescription | JUBILANT CADISTA
- LOSARTAN POTASSIUM AND HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM) | ANDA #202289 | TABLET;ORAL | Prescription | MACLEODS PHARMS LTD
- LOSARTAN POTASSIUM AND HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM) | ANDA #204832 | TABLET;ORAL | Prescription | UNICHEM
- LOSARTAN POTASSIUM AND HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE; LOSARTAN POTASSIUM) | ANDA #204901 | TABLET;ORAL | Prescription | PRINSTON INC

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.
Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English



| | Accessibility | Careers | FDA Basics | FOIA | No FEAR Act | Nondiscrimination | Website Policies / Privacy |

**U.S. Food and Drug Administration**
10903 New Hampshire Avenue
Silver Spring, MD 20993
1-888-INFO-FDA (1-888-463-6332)

Contact FDA

- FDA Archive
- Combination Products
- Advisory Committees
- Regulatory Information
- Safety

- Emergency Preparedness
- International Programs
- News & Events
- Training & Continuing Education
- Inspections & Compliance

- Federal, State & Local Officials
- Consumers
- Health Professionals
- Science & Research
- Industry